UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE PATRICIA NICHOL,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

22-CV-5003 (JGK) (JW)

**ORDER**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

    Per the operative scheduling order in this matter, Dkt. No. 9, Plaintiff's motion for summary judgment was due on December 27, 2022. No brief was filed. Plaintiff's deadline is now set to January 6, 2023. Any request for an extension of that deadline must include a satisfactory explanation of why the original deadline was not met.

    The Parties are reminded to review the scheduling order to ensure compliance with all requirements and deadlines.

    SO ORDERED.

    Dated: New York, New York
           January 3, 2023

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge