UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANE PATRICIA NICHOL,

                Plaintiff,                22-cv-5003 (JGK)

      - against -                  ORDER

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security (the "Commissioner") denying the plaintiff's claim for Social Security Insurance under the Social Security Act. The Court has reviewed the Report and Recommendation of the Magistrate Judge dated August 22, 2023. See ECF No. 20. The Report recommends that the Court deny the plaintiff's motion under Federal Rule of Civil Procedure 12(c) for judgment on the pleadings, ECF No. 16, and grant the Commissioner's cross-motion for judgment on the pleadings, ECF No. 18.

    No objections have been filed to the Report and Recommendation, and the time for filing any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation. The plaintiff's motion for judgment on the pleadings is **denied,** and the Commissioner's cross-motion for judgment on the pleadings is **granted.**

The Clerk of Court is respectfully directed to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **September 6, 2023**

_____
John G. Koeltl
United States District Judge